# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**UNITED STATES**

vs.

Jasmine L. Turner

**DEFENDANT(S)**

JUDGE: MICHAEL S. NACHMANOFF
CASE NO.: _19mj426_
HEARING: _status_
DATE: _12/3/19_
TIME: _10am_
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: _Mitchell Galloway_
COUNSEL FOR DEFENDANT: _Shannon Quill_
INTERPRETER: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) SPEEDY TRIAL ACT WAIVED
( ) JURY WAIVED
(X) CONSENT TO TRIAL BY MAG JUDGE
(X) MOTIONS TO BE FILED _____
(X) MOTIONS TO BE FILED BY TWO WEEKS PRIOR TO TRIAL DATE W/RESPONSE(S) DUE ONE WEEK PRIOR

( ) PLEA OF GUILTY TO _____
( ) COURT ACCEPTS PLEA
( ) PLEA OF NOT GUILTY TO _____
( ) DEFT FOUND GUILTY / FOUND NOT GUILTY
( ) COUNT(S) _____ DISMISSED BY _____
( ) DEFT. REFERRED TO USPO FOR PSIR
( ) DEFT REMANDED

( ) DEFT PLACED ON PR BOND WITH CONDITIONS
**CONDITIONS OF RELEASE:**
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:** _to notify the court w/in 2 wks if jury trial requested_

**SENTENCE:**
( ) PSIR ADOPTED ( ) G/L STIP
( ) MONTHS PROBATION ( ) SUP ( ) UNSUP ( ) 3607 ( ) YRS SUP RELEASE
( ) DAYS JAIL ( ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) ( ) CREDIT
( ) DAYS HOME DETENTION ( ) TIMEOUTS ( ) ELECTRONIC MONITORING
( ) SATT ( ) ALCOHOL PROGRAM ( ) ROL ( ) NO DRIVING ( ) INTERLOCK DEVICE
( ) MENTAL HEALTH TEST/TREAT ( ) BARRED FROM FEDERAL PARKS
( ) HRS. COMMUNITY SERVICE ( ) NOT VIOLATE TRAFFIC LAWS

($ ) FINE ($ ) S.A. ($ ) PROCESSING FEE AS TO COUNT _____
($ ) FINE ($ ) S.A. ($ ) PROCESSING FEE AS TO COUNT _____
($ ) FINE ($ ) S.A. ($ ) PROCESSING FEE AS TO COUNT _____
($ ) FINE ($ ) S.A. ($ ) PROCESSING FEE AS TO COUNT _____

( ) GOVT. ( ) DEFT ( ) JOINT MOTION TO CONTINUE GRANTED ( ) DENIED
**NEXT APPEARANCE:** _1/28/2020_ AT _10:00_ (AM) OR PM
( ) R5 ( ) STATUS (X) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) VCR ( ) DH ( ) PH ( ) 3607
( ) OTHER JUDGE _____

( ) RELEASE ORDER GIVEN TO USMS