AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case RECEIVED *and Issued by AH*

# UNITED STATES DISTRICT COURT
### for the
'020 JAN -8 P 3: 50 Eastern District of Virginia

United States of America CLERK US DISTRICT COURT
LEXANDRIA, VIRGINIA

v.

Jasmine L. Turner

_____
*Defendant*

)
)          Case No. 1:19MJ426
)
)

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: JONATHAN DUFFY, FORENSIC CHEMIST
U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
MID-ATLANTIC REGIONAL LABORATORY

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 400 |
| --- | --- | --- |
| | | Date and Time: 1/28/2020 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Case# 19-30060-00368

| | | |
| --- | --- | --- |
| LIMS# 2019-SFL3-07179<br>EXHIBIT A | LIMS# 2019-SFL3-07180<br>EXHIBIT C | LIMS# 2019-SFL3-07181<br>EXHIBIT G |
| LIMS# 2019-SFL3-07182<br>EXHIBIT H | LIMS# 2019-SFL3-07183<br>EXHIBIT J | |

*(SEAL)*

Date:    01/08/2020
_____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3706
Fax: (703)299-3980

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  1:19MJ426

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  JONATHAN DUFFY _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____ 0.00 ____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

2100 Jamieson Ave
Alexandria, VA 22314

_____
*Server's address*

Additional information regarding attempted service, etc: